IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE:

Eduardo Garcia and Julia Escamilla | Case No.: 11-22208

Judge: Jack B. Schmetterer

Chapter: 7

, Debtor(s)

## NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE that on **Tuesday February 4, 2020, at 10:00 a.m.**, or as soon thereafter as counsel may be heard, I will appear before the Honorable Jack B. Schmetterer, Bankruptcy Judge, or any other judge sitting in his stead, in Room **682**, the courtroom usually occupied by him, in the United States Courthouse, 219 S. Dearborn, Chicago, Illinois and then and there present Debtors' **Motion to Re-Open to Amend Schedules**, a copy of which is attached hereto, at which time and place you may appear if you see fit.

/s/ Salvador J. Lopez

Salvador J. Lopez
ARDC # 6298522
Robson & Lopez LLC
180 W. Washington, Suite 700
Chicago, IL 60602
(312) 523-2021

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice and the attached Motion or Document(s) were filed with the court on January 28, 2020, and that the persons indicated by an asterisk (*) are registrants with the Court's CM/ECF system and have, pursuant to Fed. R. Bankr. P. 7005 and 9036, and §II.B.2 of the Court's Administrative Procedures waived the right to receive notice of hearings and service of documents by personal service or first class mail in this case and consented to receive notice and service electronically; and that all other persons listed above and/or in the attached service list, were served by first class mail, on January 28, 2020.

/s/ Salvador J. Lopez

## SERVICE LIST

*Andrew J Maxwell, Esq.
maxwelllawchicago@yahoo.com, amaxwell@ecf.epiqsystems.com; trustee@maxwellandpotts.com; cjcapo@maxwellandpotts.com; marchfirst_trustee@hotmail.com

*Patrick Layng
219 S. Dearborn
Room 873
Chicago, IL 60604
USTPRegional11.ES.ECF@usdoj.gov

SEE CONTINUATION PAGES FOR ADDITIONAL PARTIES SERVED

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 11-22208<br>Northern District of Illinois<br>Eastern Division<br>Fri Jan 24 18:16:11 CST 2020 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| AFNI, Inc.<br>404 Brock Dr.<br>P.O. Box 3517<br>Bloomington, IL 61702-3517 | America's Servicing Company<br>P.O. Box 10328<br>Des Moines, IA 50306-0328 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 |
| Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090-2036 | Associated Recovery Systems<br>PO Box 469046<br>Escondido, CA 92046-9046 | Beta Finance<br>P.O. Box 660232<br>Indianapolis, IN 46266-0232 |
| Carolyn Bronke Wind DDS<br>507 S. LaGrange Road<br>La Grange, IL 60525-5605 | Direct Buy of Tinley Park<br>18400 S. 76th Ave. Suite B<br>Tinley Park, IL 60477-6286 | Diversified Adjustment<br>600 Coon Rapids Blvd NW<br>Coon Rapids, MN 55433-5549 |
| E R Solutions, Inc.<br>P.O. Box 9004<br>Renton, WA 98057-9004 | Enhanced Recovery Corporation<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | First USA, NA<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |
| Freedman Anselmo Lindberg & Rappe<br>1807 West Diehl Road, Suite 333<br>P.O. Box 3228<br>Naperville, IL 60566-3228 | GEMB/Sams Club DC<br>PO Box 981400<br>El Paso, TX 79998-1400 | HFC<br>P.O. Box 3425<br>Buffalo, NY 14240-3425 |
| HSBC/Guitar<br>2700 Sanders Rd<br>Prospect Heights, IL 60070-2701 | J.C. Chistensen and Associates, Inc<br>P.O. Box 519<br>Sauk Rapids, MN 56379-0519 | Jesus Gamboa<br>5606 W. Cermak Road<br>Cicero, IL 60804-2219 |
| Kohl's/Chase<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-5660 | LVNV Funding LLC<br>PO Box 740281<br>Houston, TX 77274-0281 | MiraMed Revenue Group<br>Dept 77304<br>P.O. Box 77000<br>Detroit, MI 48277-0304 |
| (p)NATIONWIDE CREDIT AND COLLECTION  INC<br>ATTN BOB BECK<br>815 COMMERCE DR<br>SUITE - 270<br>OAK BROOK IL 60523-8852 | Richard J. Boudreau & Associates<br>5 Industrial Way<br>Salem, NH 03079-4866 | Sanjay S. Jutla, Esq.<br>55 E. Jackson, 16th Floor<br>Chicago, IL 60604-4466 |
| Sears/CBSD<br>P.O. Box 6189<br>Sioux Falls, SD 57117-6189 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | THD/CBSD<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 |

| | | |
|---|---|---|
| Transworld Systems, Inc.<br>Collection Agency<br>1375 East Woodfiedl Rd., Suite #110<br>Schaumburg, IL 60173-5423 | United Collection Bureau, Inc<br>5620 Southwyck Blvd.<br>Toledo, OH 43614-1501 | Andrew J Maxwell ESQ<br>Maxwell Law Group LLC.<br>3010 N. California Ave.<br>chicago, il 60618-7090 |
| Eduardo Garcia<br>407 Beach Ave<br>La Grange Park, IL 60526-5713 | John A Rottier<br>Katz Law Office<br>4105 W. 26th St<br>Chicago, IL 60623-4313 | Julia Escamilla<br>407 Beach Ave<br>La Grange Park, IL 60526-5713 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance<br>2170 Point Blvd<br>Suite 100<br>Elgin, IL 60123 | Nationwide Credit & Collection, Inc<br>815 Commerce Drive, Suite 100<br>Oak Brook, IL 60523 | Sprint<br>P.O. Box 4191<br>Carol Stream, IL 60197 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | End of Label Matrix<br>Mailable recipients    36<br>Bypassed recipients     1<br>Total                  37 |

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE:

| | |
|---|---|
| Eduardo Garcia and Julia Escamilla | Case No.: 11-22208 |
| | Judge: Jack B. Schmetterer |
| | Chapter: 7 |
| , Debtor(s) | |

## MOTION TO RE-OPEN CASE TO AMEND SCHEDULES

NOW COME Debtors, Eduardo Garcia and Julia Escamilla ("Debtors"), and in support of their Motion to re-open and amend schedules, state as follows:

1. Debtors filed this Chapter 7 Bankruptcy on May 26, 2011.

2. Debtor's received an order of discharge in this case on September 7, 2011.

3. Debtors recently learned of a previously unknown asset, a claim against Wells Fargo Bank, N.A.

4. Since Debtors were unaware of this asset at the time they filed their bankruptcy, they did not disclose it in their bankruptcy petition and schedules.

5. Debtors now wish to re-open their bankruptcy case and amend their schedules to disclose the newly discovered asset.

WHEREFORE, Debtors requests that this Honorable Court grant the motion and enter an order:

A. Re-opening their Chapter 7 Bankruptcy Case allowing them to amend their schedules;

B. Any other relief that is just and proper.

Respectfully submitted,

/s/ Salvador J. Lopez
Attorney for Debtor

Salvador J. Lopez
ARDC # 6298522
Robson & Lopez LLC
180 W. Washington, Suite 700
Chicago IL, 60602
(312) 523-2021