# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE | ) |
| | ) |
| EDUARDO GARCIA and | )    No. 11 B 22208 |
| JULIA ESCAMILLA | ) |
|         Debtors. | ) |

## ORDER RE-OPENING CHAPTER 7 CASE AND SETTING STATUS FOR TRUSTEE MOGLIA

This cause coming on to be heard on Debtors' Motion to Reopen their Chapter 7 case, the Court having jurisdiction over the subject matter and due notice having been provided as required.

IT IS HEREBY ORDERED that the Chapter 7 case of Eduardo Garcia and Julia Escamilla, Case No. 11 B 22208, is reopened to permit Debtors to file Amended Schedule B, a copy of which is attached hereto as Exhibit A.

Set for status March 5, 2020 at 10:30 a.m. in courtroom 682. United States Trustee is authorized to appoint or reappoint a Chapter 7 Trustee.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Dated this 6th day of February 2020.