UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 11-22208 |
| Eduardo Garcia and Julia Escamilla, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER GRANTING APPLICATION TO EMPLOY SPECIAL COUNSEL

This case coming to be heard on Trustee's Application to Employ Special Counsel ("Application"), seeking to employ Salvador J. Lopez and the law firm of Robson & Lopez LLC, Rusty Payton and Payton Legal Group, and Nicholas Wooten and Nick Wooten, LLC (collectively referred to as "Special Counsel") as special counsel for this estate; the Declaration of Proposed Attorney for each of Special Counsel ("Declarations") having been filed in support of the Application; this Court having considered the Application and the Declarations, and being fully advised in the premises of same; proper notice and opportunity for a hearing on the Application having been given; no objection having been filed or asserted in open court which has not been overruled by this Court; it appearing that Special Counsel do not hold or represent any interest adverse to the estate on the matter on which they are to be employed;

IT IS HEREBY ORDERED THAT:

The Trustee is authorized to employ Salvador J. Lopez and the law firm of Robson & Lopez LLC, Rusty Payton and Payton Legal Group, and Nicholas Wooten and Nick Wooten, LLC as special counsel on the terms and for the purposes set forth in the Application. Special Counsel shall be compensated in accordance with the terms of the Application, subject to the procedures set forth in the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules and any orders of this Court, all subject to allowance by further order of this Court.

Enter: *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: March 10, 2020

**Prepared by:**

Andrew J. Maxwell (ARDC 1799150)
Maxwell Law Group
3010 N. California Ave.
Chicago, Illinois 60618
312/368-1138