# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>EDUARDO GARCIA &<br>JULIA ESCAMILLA<br><br>Debtors. | Case No. 11-22208<br><br>Chapter 7<br><br>Judge: Hon. Jack B. Schmetterer |

## ORDER OVERRULING OBJECTION TO CLAIM 2 [DKT. NO. 39]

THIS MATTER COMING ON TO BE HEARD upon Debtor's Objection to Claim 2 of Atlas Acquisitions LLC, pursuant to the hearing held August 11, 2020 at 10:00 a.m., IT IS HEREBY ORDERED THAT:

Debtor's objection is OVERRULED based on the response of Atlas Acquisitions, LLC and for failure of debtor to appear at this hearing.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

DATED: August 11, 2020