# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>Eduardo Garcia and Julia Escamilla,<br><br>Debtors. | Chapter 7 Case No. 11-22208<br><br>Hon. Jack B. Schmetterer |

### NOTICE OF OBJECTION TO TRUSTEE'S MOTION FOR TURNOVER OF FUNDS

**PLEASE TAKE NOTICE** that Respondent Wells Fargo Bank, N.A. ("Wells Fargo"), by and through its attorneys, Winston & Strawn LLP, hereby respectfully notifies the Court of its objection to the Trustee's motion for turnover of funds. In support of its objection, Wells Fargo submits an accompanying Response, incorporated herein.

Dated: May 21, 2021

Respectfully submitted,

/s/ *Carrie V. Hardman*
Carrie V. Hardman (*pro hac vice* admission pending)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Phone: 212-294-6700
Fax: 212-294-4700
Email: chardman@winston.com

Christopher Parker (ARDC #6331590)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Phone: 312-558-5600
Fax: 312-558-5700
Email: cparker@winston.com

*Counsel for Wells Fargo Bank, N.A.*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 21st day of May, 2021, the foregoing was filed electronically with the Clerk of the Court for the United States Bankruptcy Court for the Northern District of Illinois, and was served by operation of that Court's electronic filing system, upon the following:

Rusty A. Payton
Payton Legal Group
20 North Clark Street, Suite 3300
Chicago, Illinois 60602
(773) 682-5210
info@payton.legal

Salvador J. Lopez
Robson & Lopez, LLC
180 W. Washington Street, Suite 700
Chicago, Illinois 60602
(312) 525-2166
lopez@robsonlopez.com

Nicholas H. Wooten
Nick Wooten, LLC
5125 Burnt Pine Drive
Conway, Arkansas 72034
(833) 937-6389
nick@nickwooten.com

                                                    /s/ *Carrie V. Hardman*