# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO (EASTERN) DIVISION

In re:    Eduardo Garcia                                §    Case No. 11-22208
          Julia Escamilla                               §
                                                        §
Debtor(s)                                               §

---

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Andrew J. Maxwell, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $10,000.00                    Assets Exempt:    $13,000.00
*(without deducting any secured claims)*

Total Distribution to Claimants:    $5,518.09    Claims Discharged
                                                 Without Payment:  $285,532.68

Total Expenses of Administration:  $8,173.40

3)  Total gross receipts of $24,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $10,808.51 (see **Exhibit 2**), yielded net receipts of $13,691.49 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| **SECURED CLAIMS** (from **Exhibit 3**) | 0.00 | 0.00 | 0.00 | 0.00 |
| **PRIORITY CLAIMS** CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 57.75 | 8,173.40 | 8,173.40 | 8,173.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| **GENERAL UNSECURED** CLAIMS (from **Exhibit 7**) | 285,532.68 | 5,518.09 | 5,518.09 | 5,518.09 |
| **TOTAL DISBURSEMENTS** | **$285,590.43** | **$13,691.49** | **$13,691.49** | **$13,691.49** |

4)  This case was originally filed under Chapter 7 on 05/26/2011. The case was pending for 129 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/07/2022            By: /s/ Andrew J. Maxwell

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Debtors claims against America's Servicing Company/ Wells Fargo Bank, N.A. for actual, statutory, and punitive damages, | 1129-000 | 24,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$24,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Eduardo Garcia and Julia Escamilla | Dividend of 100.000000000%, Claim No.SURPLUS. | 8200--00 | 10,808.51 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$10,808.51** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL SECURED CLAIMS** | | **N/A** | | | | |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Andrew J. Maxwell | 2100-000 | N/A | 2,119.15 | 2,119.15 | 2,119.15 |
| Andrew J. Maxwell | 2200-000 | N/A | 57.75 | 57.75 | 57.75 |
| Signature Bank | 2600-000 | N/A | 135.85 | 135.85 | 135.85 |
| Andrew J. Maxwell - Maxwell Law Group | 3110-000 | N/A | 5,850.00 | 5,850.00 | 5,850.00 |
| Andrew J. Maxwell - Maxwell Law Group | 3120-000 | N/A | 10.65 | 10.65 | 10.65 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$8,173.40** | **$8,173.40** | **$8,173.40** |

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

| | | | None | | | |
|---|---|---|---|---|---|---|
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | | |

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **N/A** | | | |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | T Mobile/T-Mobile USA Inc | 7100-000 | N/A | 414.49 | 414.49 | 414.49 |
| 1-I | T Mobile/T-Mobile USA Inc | 7990-000 | N/A | 8.31 | 8.31 | 8.31 |
| 2 | Atlas Acquisitions LLC (GE Capital - Sam's Club) | 7100-000 | N/A | 4,995.13 | 4,995.13 | 4,995.13 |
| 2-I | Atlas Acquisitions LLC (GE Capital - Sam's Club) | 7990-000 | N/A | 100.16 | 100.16 | 100.16 |
| NOTFILED | AFNI Inc. | 7100-000 | 1,316.97 | 0.00 | 0.00 | 0.00 |
| NOTFILED | America's Servicing Company | 7100-000 | 151,682.64 | 0.00 | 0.00 | 0.00 |
| NOTFILED | American Honda Finance | 7100-000 | 24,089.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Asset Acceptance LLC | 7100-000 | 17,472.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Beta Finance | 7100-000 | 133.30 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Direct Buy of Tinley Park | 7100-000 | 28.42 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Diversified Adjustment | 7100-000 | 1,317.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Enhanced Recovery Corporation | 7100-000 | 414.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | ER Solutions, Inc. | 7100-000 | 15,155.66 | 0.00 | 0.00 | 0.00 |
| NOTFILED | First USA, NA | 7100-000 | 12,006.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Jesus Gamboa | 7100-000 | 14,225.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Kohl's/Chase | 7100-000 | 1,524.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | LVNV Funding LLC | 7100-000 | 4,948.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | MiraMed Revenue Group | 7100-000 | 14,622.19 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Nationwide Credit & Collection, Inc. | 7100-000 | 228.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Richard J. Boudreau & Associates | 7100-000 | 4,921.66 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sanjay S. Jutia, Esq. | 7100-000 | 16,613.53 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sears/CBSD | 7100-000 | 1,559.00 | 0.00 | 0.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | THD/CBSD | 7100-000 | 1,618.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Transworld Systems, Inc. | 7100-000 | 1,292.31 | 0.00 | 0.00 | 0.00 |
| NOTFILED | United Collection Bureau, Inc. | 7100-000 | 366.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$285,532.68** | **$5,518.09** | **$5,518.09** | **$5,518.09** |

Exhibit 8

Page: 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | |
|---|---|
| **Case Number:** | 11-22208 JPC |
| **Case Name:** | Eduardo Garcia |
| | Julia Escamilla |
| **Period Ending:** | 02/07/22 |

| | |
|---|---|
| **Trustee:** | Andrew J. Maxwell |
| **Filed (f) or Converted (c):** | 05/26/11 (f) |
| **§341(a) Meeting Date:** | 07/08/11 |
| **Claims Bar Date:** | 05/29/20 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1994 Ford Pickup | 950.00 | 0.00 | | 0.00 | FA |
| 2 | 2003 Nissan Altima | 5,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2003 Misubishi Eclipse in posession of debtors' son, Byron Garcia | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | Bedroom furniture and TV | 600.00 | 0.00 | | 0.00 | FA |
| 5 | Men's clothing and Women's clothing | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Wedding Bands | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Checking account with Bank of America | 600.00 | 0.00 | | 0.00 | FA |
| 8 | Savings account with Bank of America | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Savings account with Credit Union | 300.00 | 0.00 | | 0.00 | FA |
| 10 | 403b held with employer | 10,000.00 | 0.00 | | 0.00 | FA |
| 11 | Debtors claims against America's Servicing Company/ Wells Fargo Bank, N.A. for actual, statutory, and punitive damages, emotional distress, attorneys fees and costs, for its wrongful actions in the servicing of Debtors mortgage per amended schedule 2-26-20 after case reopened to pursue claim against Wells Fargo.  $3050 wild card exemption claimed. | Unknown | 1.00 | | 24,500.00 | 0.00 |
| | **TOTALS** (Excluding Unknown Values) | **$19,750.00** | **$1.00** | | **$24,500.00** | **$0.00** |

**Major activities affecting case closing:**
-12-7-21 TFR and fees approved; final distribution checks dated 12-9-21 mailed 12-8-21
-TFR submitted to UST 10-12-21; filed in court 11-10-21.  NFR and fee apps filed same date set for hearing on 12-7-21.  COS for NFR filed 11-11-21
-per special counsel, partial settlement that would pay creditors 100%; would need court approval 4-1-21
-Case filed in NDIL in April 2020 (1:20-cv-02402), case in motion stage. No specific dates as of 8-20
3-10-20: special counsel employed to pursue litigation
-2-29-20 filed app to employ attorneys for 3-10, circulated proposed declaration for comment in regard to employment of special counsel and reviewed retainer agreements; order entered auth employ special counsel.
-reopened 2-20 for case against Wells Fargo mortgage.  Initial asset report filed 2-26-20 based on proposed special counsel report..

**Initial Projected Date of Final Report (TFR):** June 30, 2022          **Current Projected Date of Final Report (TFR):** November 10, 2021 (Actual)

| February 07, 2022 | | /s/ Andrew J. Maxwell |
| Date | | Andrew J. Maxwell |

Exhibit 9

Page: 1

# Form 2
## Cash Receipts and Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 11-22208 JPC | |
| **Case Name:** | Eduardo Garcia | |
| | Julia Escamilla | |
| **Taxpayer ID#:** | **-***7076 | |
| **Period Ending:** | 02/07/22 | |

| | | |
|---|---|---|
| **Trustee:** | Andrew J. Maxwell |
| **Bank Name:** | Signature Bank |
| **Account:** | ******3132 - Checking |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/16/21 | Asset #11 | wells fargo bank NA | check 0004523242 per TO o/c | 1129-000 | 14,500.00 | | 14,500.00 |
| 06/16/21 | Asset #11 | wells fargo bank NA | check 0004523243 | 1129-000 | 10,000.00 | | 24,500.00 |
| 06/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 15.71 | 24,484.29 |
| 07/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 39.24 | 24,445.05 |
| 08/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 41.79 | 24,403.26 |
| 09/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 39.11 | 24,364.15 |
| 12/09/21 | 1001 | Andrew J. Maxwell | Compensation:$2119.15; Expenses:$57.75; | | | 2,176.90 | 22,187.25 |
| 12/09/21 | | Andrew J. Maxwell | Dividend of                57.75<br>100.000000000%. | 2200-000 | | | 22,187.25 |
| 12/09/21 | | Andrew J. Maxwell | Dividend of              2,119.15<br>100.000000000%. | 2100-000 | | | 22,187.25 |
| 12/09/21 | 1002 | Andrew J. Maxwell - Maxwell Law Group | Fees:$5850.00;  Expenses:$10.65; | | | 5,860.65 | 16,326.60 |
| 12/09/21 | | Andrew J. Maxwell - Maxwell Law Group | Dividend of                10.65<br>100.000000000%. | 3120-000 | | | 16,326.60 |
| 12/09/21 | | Andrew J. Maxwell - Maxwell Law Group | Dividend of              5,850.00<br>100.000000000%. | 3110-000 | | | 16,326.60 |
| 12/09/21 | 1003 | T Mobile/T-Mobile USA Inc | Claim:$414.49, Interest:$8.31; | | | 422.80 | 15,903.80 |

Exhibit 9

Page: 2

# Form 2
## Cash Receipts and Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 11-22208 JPC | |
| **Case Name:** | Eduardo Garcia | |
| | Julia Escamilla | |
| **Taxpayer ID#:** | **-***7076 | |
| **Period Ending:** | 02/07/22 | |

| | |
|---|---|
| **Trustee:** | Andrew J. Maxwell |
| **Bank Name:** | Signature Bank |
| **Account:** | ******3132 - Checking |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/09/21 | | T Mobile/T-Mobile USA Inc | Dividend of<br>100.000000000%, Claim<br>No.1. | 414.49 | 7100-000 | | | 15,903.80 |
| 12/09/21 | | T Mobile/T-Mobile USA Inc | Dividend of<br>100.000000000%, Claim<br>No.1-I. | 8.31 | 7990-000 | | | 15,903.80 |
| 12/09/21 | 1004 | Atlas Acquisitions LLC (GE Capital - Sam's Club) | Claim:$4995.13, Interest:$100.16; | | | | 5,095.29 | 10,808.51 |
| 12/09/21 | | Atlas Acquisitions LLC (GE Capital - Sam's Club) | Dividend of<br>100.000000000%, Claim<br>No.2. | 4,995.13 | 7100-000 | | | 10,808.51 |
| 12/09/21 | | Atlas Acquisitions LLC (GE Capital - Sam's Club) | Dividend of<br>100.000000000%, Claim<br>No.2-I. | 100.16 | 7990-000 | | | 10,808.51 |
| 12/09/21 | 1005 | Eduardo Garcia and Julia Escamilla | Dividend of 100.000000000%, Claim No.SURPLUS. | | 8200-00 | | 10,808.51 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 24,500.00 | 24,500.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 24,500.00 | 24,500.00 | |
| Less: Payment to Debtors | | 10,808.51 | |
| **NET Receipts / Disbursements** | **$24,500.00** | **$13,691.49** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3132** | 24,500.00 | 13,691.49 | 0.00 |
| | $24,500.00 | $13,691.49 | $0.00 |